THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES M. MURPHY, Appellant, *v.* WILLIAM H. EDWARDS, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.

*People ex rel. Murphy* v. *Edwards,* 139 App. Div. 902, affirmed.
(Argued February 14, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1910, which affirmed a determination of the defendant in dismissing the relator from the department of street cleaning of the city of New York.

*Louis J. Grant* and *Jacob Rouss* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.